



# MEMORANDUM OPINION

No. 04-12-00008-CV

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Appellant

v.

Robert J. **WELCH**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14277
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
     Rebecca Simmons, Justice
     Steven C. Hilbig, Justice

Delivered and Filed:  May 23, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM